IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:21-00097-WS-N |
| | ) |
| JOHN WILLIAM TIMMONS, | ) |
| *also known as* Billy | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, **JOHN WILLIAM TIMMONS**, by consent, appeared along with his counsel of record, LaWanda Jean O'Bannon, Esq., before the undersigned Magistrate Judge on August 25, 2021, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Count One of the Indictment (Doc. 1) charging a violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily and that the offenses charged in the Indictment are supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **JOHN WILLIAM TIMMONS**, be adjudged guilty and have sentence imposed accordingly. Defendant's sentencing hearing before District Judge William H. Steele is set for

**November 30, 2021, at 11:30 a.m. (Central Time)**, pending the adoption of this Report and Recommendation.

**DONE** this 25th day of August 2021.

> */s/ Katherine P. Nelson*
> **KATHERINE P. NELSON**
> **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.